IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARREN AND ADRIENNE JAMES,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-3, ASSET BACKED CERTIFICATES, SERIES 2007-3 and OCWEN LOAN SERVICES LLC,<br><br>　　　　　　Defendants. | No. 3:18-cv-08984-BRM-DEA |

**THIS MATTER**, having been brought before the Court on the submission of Plaintiffs Darren and Adrienne James for an order granting a default judgment against Defendant Ocwen Loan Servicing, LLC; and the Court having considered the submissions of the parties in connection with this motion ~~and argument of counsel, if any~~; and good cause having been shown; and in light of Defendant Ocwen's appearance such that Plaintiff will not be prejudiced and the case may be adjudicated on the merits:

**IT IS HEREBY ORDERED** that Plaintiffs' motion (ECF No. 10) is **DENIED**; and

**IT IS HEREBY FURTHER ORDERED** that the Defendant Ocwen Loan Servicing, LLC shall answer or otherwise plead to the Complaint within ten days of entry of this Order.

Date: 8\10, 2018

　　　　　　　　　　　　　　　　　　　　　_____, J.